ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

AUG 18 2006

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | | |
|---|---|---|
| RICKEY LOUIS JACKSON | ) | |
| | ) | |
| V. | ) | 3-05-CV-2289-K |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

## ORDER

Before the Court are Respondent Quarterman's Objections to the Findings

Conclusions and Recommendation of the United States Magistrate Judge filed

on August 17, 2006, and Petitioner Jackson's additional Objections to the Findings

Conclusions and Recommendation of the United States Magistrate Judge filed on

August 18, 2006. Again the District Court has made a *de novo* review of those

portions of the proposed findings and recommendation to which objection was made.

The objections are overruled, and the Court accepts the Findings, Conclusions and

Recommendation of the United States Magistrate Judge. Therefore the Judgment

filed on August 18, 2006, will not be disturbed.

SO ORDERED this /8 day of August, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE